USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: July 15, 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x

MAIROBY HERNANDEZ, Individually, and
On Behalf of All Others Similarly Situated,

          Plaintiff,

vs.

BEARBOTTOM CLOTHING, LLC,

          Defendant.

---------------------------------------x

Case No.: 1:22-cv-05034-ALC

**NOTICE OF SETTLEMENT**

Plaintiff Mairoby Hernandez ("Plaintiff") hereby notifies the Court that the present case has settled between Plaintiff and defendant Bearbottom Clothing, LLC ("Defendant") (collectively, the "parties"), and states as follows:

1. A settlement agreement is in the process of being finalized between the parties. Once the settlement agreement is fully executed, and Plaintiff has received the consideration required, the parties will respectfully request that the case be dismissed and closed.

2. The parties respectfully request that the Court stay this action and adjourn all deadlines and conferences.

DATED: July 14, 2022                           **MIZRAHI KROUB LLP**

                                                         /s/ Edward Y. Kroub
                                                        EDWARD Y. KROUB

The Court adjourns all upcoming conferences and deadlines. If the parties have not executed a settlement agreement by August 15, 2022, they are ordered to file a joint status report on the ongoing negotiations.

Dated: July 15, 2022

SO ORDERED:

/s/ Andrew L. Carter, Jr.

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

- 2 -

EDWARD Y. KROUB
JARRETT S. CHARO
WILLIAM J. DOWNES
200 Vesey Street, 24th Floor
New York, NY 10281
Telephone: 212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com
jcharo@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*